IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | |
| THE PREMISES LOCATED AT 370 ) | Case No: 1:17-SW-294 |
| HOLLAND LANE, UNIT 3013 ) | |
| A;EXANDRIA, VIRGINIA 22314 ) | |

## ORDER TO UNSEAL

This matter having come before the Court on the United States' motion to unseal a redacted version of the documents filed in the above-captioned matter attached as Exhibit A, and the Court having concluded that the United States has shown good cause. It is hereby

ORDERED that the redacted application for search warrant, affidavit in support of the search warrant, search warrant, and related materials in the above-captioned matter attached as Exhibit A be unsealed.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge
The Honorable Theresa Carroll Buchanan
United States Magistrate Judge

Date: 6/26/19
Alexandria, Virginia